

NUMBER 13-14-00697-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

HIDALGO COUNTY EMS AND HIDALGO
COUNTY EMERGENCY MEDICAL
SERVICE FOUNDATION,                                                                 Appellants,

v.

REYNALDO RAMIREZ, INDIVIDUALLY AND
AS PERSONAL REPRESENTATIVE OF THE
ESTATE OF YOLANDA IRIS FLORES, AND
AS REPRESENTATIVE OF ALL WRONGFUL
DEATH BENEFICIARIES, AND AS NEXT
FRIEND OF R.F.R. AND R.J.R., MINORS,                                               Appellees.

On appeal from the 445th District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam

Appellants, Hidalgo County EMS and Hidalgo County Emergency Medical Service Foundation, perfected an appeal from a judgment entered by the 445th District Court of Cameron County, Texas, in cause number 2014-DCL-0910-I. Appellants have filed a motion to dismiss the appeal on grounds the trial court has issued an order rescinding the previous order that was the subject of the appeal. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. Any pending motions are dismissed as moot.

Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the 29th
day of January, 2015.